UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUDITH COLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KEYSTONE RV COMPANY, <br><br> Defendant. | C18-5182 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having been assigned to this case, the Court now DIRECTS the parties to meet and confer and file a joint status report within ten (10) days of the date of this Minute Order addressing the following issues:

    (a) The status of the case;

    (b) Whether the parties should be required to mediate the case;

    (c) Whether the parties will consent to a magistrate judge; and

    (d) The proposed trial date and time necessary to try the case.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2020.

                                             William M. McCool
                                             Clerk

                                             s/Karen Dews
                                             Deputy Clerk

MINUTE ORDER - 1