UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUDITH COLE, et al.,

        Plaintiffs,

   v.

KEYSTONE RV COMPANY,

        Defendant.

C18-5182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant Keystone RV Company's motion for a protective order ("Motion"), docket no. 194, for relief from Plaintiffs' Fifth Amended Notice of Deposition of Keystone RV Company's Rule 30(b)(6) Speaking Agent, is GRANTED in part and DENIED in part, as follows:

- **Topic No. 5:** The Motion is GRANTED, as this Topic is overbroad;

- **Topic No. 10:** The Motion is GRANTED, as the Topic is overbroad and lacks reasonable particularity;

- **Topic No. 14:** The Motion is GRANTED, as the Topic is overbroad and lacks reasonable particularity;

- **Topic No. 32:** The Motion is GRANTED, as the Topic is vague, ambiguous, and duplicative;

- **Topic No. 41:** The Motion is GRANTED, as the Topic is overbroad;

- **Topic No. 43:** The Motion is GRANTED, as the Topic is not relevant;

- **Topic No. 46:** The Motion is GRANTED, as the Topic requests information and documents protected by attorney-client privilege and/or attorney work product doctrines;

- **Topic No. 54:** The Motion is GRANTED, as the Topic is overbroad and lacks reasonable particularity;

- **Topic No. 59:** The Motion is GRANTED in part and DENIED in part, as the Topic is overbroad and lacks reasonable particularity. This Topic is limited to written communications and/or written records of communications related to consumers who have complained to Keystone RV Company about formaldehyde in a Keystone RV;

- **Topic No. 60:** The Motion is GRANTED in part and DENIED in part, as the Topic is overbroad and lacks reasonable particularity. This topic is limited to written communications and/or written records of communications related to consumers who have complained to Keystone RV Company about mold or mildew in a Keystone RV; and

- The Motion is DENIED with respect to all other Topics, namely Topic Nos. 2, 7, 8, 9, 23, 26, 27, 31, 34, 35, 38, 39, 42, and 47.

(2) Plaintiffs' request to extend the discovery cutoff deadline, *see* Response (docket no. 196 at 11–12), is GRANTED to the extent that the deadline will apply to both parties. Discovery shall be completed by **May 28, 2021**; and

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of May, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk