UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUDITH COLE, et al.,

    Plaintiffs,

v.

KEYSTONE RV COMPANY,

    Defendant.

C18-5182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The trial date of August 23, 2021, and all related deadlines are hereby STRICKEN. The Court will reset the trial date, if appropriate, after it rules on the pending motion for summary judgment, docket no. 201.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of July, 2021.

        Ravi Subramanian
        Clerk

        s/Gail Glass
        Deputy Clerk

MINUTE ORDER - 1