# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUDITH COLE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>KEYSTONE RV COMPANY,<br><br>　　　　　　Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. 18-5182 TSZ |

\_\_\_\_　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　X　　**Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

　　　THE COURT HAS ORDERED THAT

Defendant's motion to dismiss, docket no. 16, as to the claims under Washington's Auto Dealers Practice Act and the Uniform Commercial Code, and defendant's motion for summary judgment, docket no. 201, as to the remaining claim under Washington's Consumer Protection Act are GRANTED, all of plaintiffs' claims are DISMISSED with prejudice, and judgment is hereby ENTERED in favor of defendant. Defendant may tax costs in the manner set forth in Local Civil Rule 54(d).

　　　Dated this 26th day of July, 2021.

　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk