UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUDITH COLE; LOUISE MICHAEL; DAVID JOHNSON,

        Plaintiffs,

v.

KEYSTONE RV COMPANY,

        Defendant.

C18-5182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' Motion for Reconsideration, docket no. 216, is DENIED. Plaintiffs assert that genuine issues of fact exist about whether Defendant Keystone RV Company ("Keystone") engaged in an unfair or deceptive act or practice under Washington's Consumer Protection Act ("CPA") because the information provided by Keystone "does not define or describe any of the serious health hazards caused by prolonged occupancy in Keystone RVs." Mot. for Recon. (docket no. 216 at 1). Plaintiffs contend that the depositions of Keystone's Rule 30(b)(6) deponents demonstrate that Keystone does not provide meaningful information, as "[*n*]*one* of them could explain what Keystone means by its bare reference to health hazards or prolonged occupancy in the owner's manual." Id. (emphasis in original). Keystone's Rule 30(b)(6) deponents, however, did not author the warnings given in Keystone's Owner's Manual or on its website, so their lack of knowledge on the warnings in this regard is irrelevant. Additionally, the warnings speak for themselves and Keystone's 30(b)(6) deponents could not make them say anything different even if the deponents had answered questions to Plaintiffs' satisfaction. Finally, Plaintiffs' argument that they could not have

MINUTE ORDER - 1

understood the warnings because Keystone's Rule 30(b)(6) deponents could not explain the warnings is mere argument, which does not preclude summary judgment.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of August, 2021.

Ravi Subramanian  
Clerk

s/Gail Glass  
Deputy Clerk

MINUTE ORDER - 2